# Law Office of Mohammed Gangat

*Representing Employees in Employment and Discrimination Law and Related Litigation*

**July 27, 2021**

675 Third Avenue, Suite 1810
New York, NY 10017
(718) 669-0714
mgangat@gangatpllc.com

*via ECF*

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

      Re:  **Alison Schlanger v. 9400 Liberty Chicken LLC, et. al.,**
             **Case No. 1:21-cv-02146-BMC**

To the Honorable Judge Cogan:

    I represent plaintiff Alison Schlanger in the above action. I write to advise the Court that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants served an Offer of Judgment. Plaintiff accepts Defendants' Offer of Judgment. A true and accurate copy of the Rule 68 Offer of Judgment signed by Plaintiff's counsel is attached hereto as Exhibit A.

    This is an official notice of Plaintiff's acceptance of this offer.

    Thank you, in advance, for your time and attention to this matter.

Respectfully Submitted,

Mohammed Gangat, Esq.