UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALISON SCHLANGER, on behalf of herself and
other similiarly situated,

                                                                               JUDGMENT

                         Plaintiff,                               21-cv-02146-BMC

    v.

9400 LIBERTY CHICKEN LLC, 12515
CHICKEN CORP, BUKHARI GROUP LLC, and
JOHN DOES #1 and #2,

                        Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 28, 2021; and Defendants, 9400 LIBERTY CHICKEN LLC and BUKHARI GROUP LLC, having offered to allow judgment in this action to be taken against them, jointly and severally, and in favor of plaintiff Alison Schlanger, in the total gross amount of Twenty-Five Thousand Dollars ($25,000.00), inclusive of all of Plaintiff, Alison Schlanger's, claims for relief, damages, fees, costs, attorney's fees and expenses, and in full and final resolution of all claims against Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 30, 2021, directing the Clerk of Court to enter judgment accordingly; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Alison Schlanger and against Defendant 9400 LIBERTY CHICKEN LLC and BUKHARI GROUP LLC, in the total gross amount of Twenty-Five Thousand Dollars ($25,000.00), inclusive of all of Plaintiff, Alison Schlanger's, claims for relief, damages, fees, costs, attorney's fees and

expenses, and in full and final resolution of all claims against Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Dated: Brooklyn, New York
      August 3, 2021

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk